UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA | Case No. 3:18MJ279 (JGM) <br><br> April 23, 2020 |

**MOTION TO UNSEAL CASE AND DOCUMENT, CONTINUE SEALING, FILE A REDACTED DOCUMENT, AND STRIKE DOCUMENTS FROM DOCKET**

In response to the Court's Order to Show Cause issued on April 3, 2020 (Docket No. 5), relating to Nondisclosure Order issued by the Court on February 28, 2018 (3:18-MJ-279(JGM)), the government respectfully requests that the Court: (1) unseal the case and nondisclosure order (Docket No. 2), (2) continue sealing the application for order of nondisclosure (Docket No. 1) but permit the government to file a redacted version of the same as as a publicly available document, and (3) strike the motion to seal case (Docket No. 3) and the order granting the motion to seal case (Docket No. 4) from this docket because these documents do not pertain to this case.

On February 28, 2018, the government filed a sealed application for a nondisclosure order, pursuant to 18 U.S.C. § 2705(b), until February 28, 2019. *See* Docket No. 1. The Court granted the motion. *See* Docket No. 2.

*First*, the government respectfully requests that this case be unsealed. Moreover, the government moves to unseal the order granting the nondisclosure order (Docket No. 2).

*Second*, the government requests that the Court continue sealing the application for order of nondisclosure (Docket No. 1), but permit the filing of a redacted version of the same as a publicly available document. In accordance with Rule 57 of the Local Rules of Criminal Procedure, the government states that the continued sealing of the unredacted application for order of nondisclosure (Docket No. 1) is supported by a clear and compelling reason, to wit, the

unsealing of the unredacted application would disclose the nature and details of a grand jury investigation.

*Third*, the government respectfully requests that the court strike the motion to seal case (Docket No. 3) and the order granting the motion to seal case (Docket No. 4) from this docket because these documents do not pertain to this case. The motion to seal in this case was embedded in the application for order of non-disclosure (Docket No. 1).

## **CONCLUSION**

For the foregoing reasons, the government respectfully requests that the Court (1) unseal the case and nondisclosure order (Docket No. 2), (2) continue sealing the application for order of nondisclosure (Docket No. 1) but permit the government to file a redacted version of the same as a publicly available document, and (3) strike the motion to seal case (Docket No. 3) and the order granting the motion to seal case (Docket No. 4) from this docket.

                              Respectfully submitted,

                              JOHN H. DURHAM
                              UNITED STATES ATTORNEY

                              _____/s/_____
                              DAVID T. HUANG
                              ASSISTANT UNITED STATES ATTORNEY
                              Fed Bar No. ct30434
                              157 Church Street, 25th Floor
                              New Haven, CT 06510
                              (203) 821-3700

                              HELEN CHRISTODOULOU
                              MILOSZ GUDZOWSKI
                              Trial Attorneys
                              United States Department of Justice
                              Antitrust Division
                              26 Federal Plaza, Room 3630
                              New York, NY 10278
                              (212) 335-8000