UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE: GRAND JURY SUBPOENA | Case No. 3:18MJ279 (JGM) |
| | April 23, 2020 |

## ORDER

A motion having been made on April 23, 2020, by the United States of America to (1) unseal the case and nondisclosure order (Docket No. 2), (2) continue sealing the application for order of nondisclosure (Docket No. 1) but permit the government to file a redacted version of the same as a publicly available document, and (3) strike the motion to seal case (Docket No. 3) and the order granting the motion to seal case (Docket No. 4) from this docket because these documents do not pertain to this case.  The Court unseals the case and Docket No. 2, and finds that the continued sealing of the unredacted application for order of nondisclosure (Docket No. 1) is supported by a clear and compelling reason, to wit, the unsealing of the unredacted Docket No. 1 would disclose the nature and details of a grand jury investigation.  Furthermore, the Court strikes Docket No. 3 and Docket No. 4 from the docket.

**SO ORDERED.**

Dated: _____, 2020
New Haven, Connecticut

                                                          _____
                                                          HONORABLE JOAN G. MARGOLIS
                                                          UNITED STATES MAGISTRATE JUDGE

CERTIFICATE OF SERVICE

      I hereby certify that on April 23, 2020, a copy of the foregoing MOTION TO UNSEAL CASE AND DOCUMENT, CONTINUE SEALING, FILE A REDACTED DOCUMENT, AND STRIKE DOCUMENTS FROM DOCKET was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                              */s/ David T. Huang*
                                              David T. Huang
                                              Assistant United States Attorney