3:18mj279-JGM

IN THE UNITED STATES DISTRICT COURT
FOR THE CONNECTICUT

FILED

2018 FEB 28 P 3:06

U.S. DISTRICT COURT
NEW HAVEN, CT.

| IN RE: SUBPOENA ISSUED TO GODADDY.COM, LLC | Case No. _____ |
|---|---|
| | **Filed Under Seal** |

### APPLICATION FOR ORDER COMMANDING GODADDY.COM, LLC NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SUBPOENA

The United States requests that the Court order GoDaddy.com, LLC not to notify any person (including the subscribers or customers of the account(s) listed in the grand jury subpoena) of the existence of the attached grand jury subpoena for a period of one year from the date of the subpoena, i.e., February 28, 2019, or until further order of the Court.

GoDaddy.com, LLC is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computing service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached subpoena, which requires GoDaddy.com, LLC to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached grand jury subpoena relates to an ongoing investigation by the Federal Bureau of Investigation, the Antitrust Division of the United States Department of Justice, and the United States Attorney's Office for the District of Connecticut, into, among other things, bid-rigging and fraud relating to insulation installation contracts. The ongoing investigation is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation.

subpoena, except that GoDaddy.com, LLC may disclose the attached subpoena to an attorney for GoDaddy.com, LLC for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed until further order of the Court. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on February 28, 2018.

JOHN H. DURHAM
UNITED STATES ATTORNEY


_____
DAVID T. HUANG
ASSISTANT U.S. ATTORNEY
Federal Bar No. ct30434
157 Church Street, 25th Floor
New Haven, CT 06510


HELEN CHRISTODOULOU
STEPHANIE RANEY
Trial Attorneys
United States Department of Justice
Antitrust Division
26 Federal Plaza, Room 3630
New York, NY 10278
(212) 335-8000

3